## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: MICHELLE CROSS                 §          Case No. 14-80382
                                      §
                                      §
                                      §
          Debtor(s)                   §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on  02/11/2014 .

2)  The plan was confirmed on  07/02/2014 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  02/02/2016, 03/04/2016.

5)  The case was dismissed on  03/04/2016 .

6)  Number of months from filing or conversion to last payment:  21 .

7)  Number of months case was pending:  28 .

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  $6,045.00 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 4,824.64 | |
| Less amount refunded to debtor(s) | $ 104.15 | |
| **NET RECEIPTS** | | $ 4,720.49 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 291.19 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,291.19 |

Attorney fees paid and disclosed by debtor(s):     $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 239.22 | 239.22 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 0.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| ASPEN MASTERCARD | Uns | 844.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 526.00 | 526.89 | 526.89 | 19.30 | 0.00 |
| AT T | Uns | 432.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 886.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| BANKCARD SERVICES | Uns | 502.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF REVENUE | Uns | 200.00 | 244.00 | 244.00 | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 2,109.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 2,534.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR SERVICES | Uns | 1,663.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION S | Uns | 376.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 509.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC 2 | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK & TRUST / ASPEN | Uns | 836.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 700.00 | 639.76 | 639.76 | 23.44 | 0.00 |
| FIRST PREMIER BANK | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 502.00 | NA | NA | 0.00 | 0.00 |
| IHC - SWEDISHAMERICAN | Uns | 952.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 767.00 | 239.51 | 239.51 | 239.51 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 835.01 | 835.01 | 18.48 | 0.00 |
| INFINITY HEALTHCARE | Uns | 938.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 826.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 740.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 941.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE COMMUNITY BANK | Uns | 299.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOCIATED CLINICAL | Uns | 328.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 1,663.00 | 1,879.33 | 1,879.33 | 68.86 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 2,216.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 63.00 | 315.80 | 315.80 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 620.00 | 620.73 | 620.73 | 22.74 | 0.00 |
| STATE COLLECTION SERV | Uns | 493.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 493.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 535.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 8,840.00 | 524.45 | 524.45 | 19.22 | 0.00 |
| SWEDISH AMERICAN MSO | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| SWEDISHAMERICAN PHYSICIANS | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| SWEDISHAMERICAN HEALTH | Uns | 3,684.00 | NA | NA | 0.00 | 0.00 |
| SWEDISHAMERICAN MEDICAL | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,201.00 | 801.90 | 801.90 | 17.75 | 0.00 |
| TRIBUTE / FIRST BANK OF | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 375.00 | 368.35 | 368.35 | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 740.00 | NA | NA | 0.00 | 0.00 |
| CONG PHAM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 95.15 | 95.15 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 239.51 | $ 239.51 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 239.51 | $ 239.51 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 7,340.59 | $ 189.79 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,291.19 | |
| Disbursements to Creditors | $ 429.30 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 4,720.49 |

UST Form 101-13-FR-S (9/1/2009)

    12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  06/20/2016                    By:  /s/ Lydia S. Meyer
                                                      Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.